■ In the Matter of PETER DELLA IACONO, Appellant, v FRANK X. GARGIULO et al., Constituting the Board of Elections of the City of New York, Respondents, and ALFRED T. MIZGALSKI et al., Respondents.—In a proceeding to invalidate petitions designating Alfred T. Mizgalski as a candidate in the Democratic Party primary election to be held on September 9, 1980 for the party position of Male Member of the State Committee for the 58th Assembly District, the appeal is from a judgment of the Supreme Court, Kings County, dated August 15, 1980, which dismissed the proceeding. Judgment affirmed, without costs or disbursements. No opinion. Gibbons, J. P., Cohalan, O'Connor and Weinstein, JJ., concur.